UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____
                                          )
GREGORY S. NORRIS,                        )
                                          )
        Plaintiff and Counterclaim Defendant, )
                                          )
        v.                                )         Civil Action No. 1:08-40-PB
                                          )
UNITED STATES OF AMERICA,                 )         Judge Paul J. Barbadoro
                                          )
        Defendant and Counterclaim Plaintiff, )
                                          )
        v.                                )
                                          )
JAY T. HALPERYN,                          )
                                          )
        Counterclaim Defendant.           )
_____)

**ORDER FOR PRODUCTION OF DEFENDANT HALPERYN FOR DEPOSITION
AT THE FEDERAL CORRECTIONAL INSTITUTION IN MIAMI**

        The defendant and counterclaim plaintiff, the United States of America, having shown

good cause why Jay T. Halperyn (a/k/a Tyler J. Halperyn) should be made available for

deposition in the above-entitled action, it is ordered that Jorge L. Pastrana, Warden of the

Federal Correctional Institution in Miami, Florida, shall produce and make available for

deposition at the Federal Correctional Institution, Miami, defendant Halperyn, Registration

Number 75383-004, presently detained at the Federal Correctional Institution Miami, at a time

before July 31, 2009, to be determined by agreement with the attorney for the United States.

**SO ORDERED** this _11__ day of June, 2009:

                                          /s/ Paul J. Barbadoro
                                          _____
                                          PAUL J. BARBADORO
                                          UNITED STATES DISTRICT JUDGE

4323146.1